# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:17- mj - 0021 -DMC

Ronald McHale, Jr.

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: __ _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
CITY          STATE      ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 12/7/2018          Ron McHale
                         DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

( ) Fine: $ _____ and a penalty assessment of $ _____ for a TOTAL AMOUNT OF: $ _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
(X) Restitution: 200.00   25/mo. to the Bureau of Land Management
( ) Community Service _____ 6640 Lockheed Drive, Redding CA 96002 with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

| | | |
|---|---|---|
| [ ] **CENTRAL VIOLATIONS BUREAU** PO BOX 71363 PHILADELPHIA, PA 19176-1363 1-800-827-2982 **or** Pay on-line at www.cvb.uscourts.gov and Click on "Pay On-Line" | [ ] **CLERK, USDC** 2500 TULARE ST., RM. 1501 FRESNO, CA 93721-1322 | [X] **CLERK, USDC** 501 I STREET, STE. 4-200 SACRAMENTO, CA 95814-2322 |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 12/7/2018          _____
                         U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                          EDCA-3